[No. 13657-4-III.    Division Three.    July 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH J. ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 84-1-00164-7, Yancey Reser, J., entered October 11, 1993. *Dismissed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13991-3-III.    Division Three.    July 25, 1996.]

KATHY PETERSON, *Respondent*, v. SUNFAIR CHEVROLET, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-00465-5, Michael W. Leavitt, J., entered April 1, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[Nos. 14528-0-III; 14529-8-III.    Division Three.    July 25, 1996.]

IN THE MATTER OF THE DEPENDENCY OF B.N.

IN THE MATTER OF THE DEPENDENCY OF M.N., III.

S.N., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeals from judgments of the Superior Court for Asotin County, Nos. 94-5-00089-2 and 94-5-00090-6, John M. Lyden, J., entered October 28, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.